IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1370-05






WILLIE ALLEN CLAY, Appellant



v.



THE STATE OF TEXAS





ON STATE'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FIRST COURT OF APPEALS


HARRIS COUNTY






 Per Curiam.


O R D E R 




 The Court grants discretionary review on the ground raised in the State's petition. In
addition, the Court grants review on its own motion and would request briefing from the
parties on the following question:

 What is the proper test for analyzing harm when considering the effects of the
erroneous admission of evidence barred by Crawford v. Washington?


 The Clerk of this Court will send copies of this order to the Court of Appeals for the
First District, the State Prosecuting Attorney, the District Attorney for Harris County, and
Appellant. 


En Banc


Entered February 1, 2006

Do Not Publish